# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLOBAL SPECTRUM, L.P. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:20-cv-03914 |
| | : | |
| PARAMOUNT VISUALS COMPANY, | : | |
| Inc., d/b/a PARAMOUNT & CO., | : | |
| | : | |
| Defendant, | : | |

## CIVIL ACTION COMPLAINT

Plaintiff, Global Spectrum, L.P., by and through its undersigned counsel, brings this action for breach of contract and related claims against Defendant, Paramount Visuals Company, Inc., d/b/a Paramount & Co., and in support thereof states the following:

## **PARTIES**

1.  Global Spectrum, L.P. ("Global Spectrum"), is a limited partnership, organized and existing under the laws of the State of Delaware, with its principal place of business at 150 Rouse Boulevard, Philadelphia, PA 19112.

2.  Paramount Visuals Company, Inc. d/b/a Paramount & Co. ("Paramount"), is a corporation, organized and existing under the laws of the State of New York, with its principal place of business at 26 Hill Street, Port Jervis, New York 12771.

**JURISDICTION, VENUE AND CHOICE OF LAW**

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because Global Spectrum and Paramount are citizens of different states and the amount in controversy exceeds $75,000.

4. Personal jurisdiction over Paramount and venue are proper in the Eastern District of Pennsylvania because a substantial part of the events or omissions giving rise to the claims occurred in the Eastern District of Pennsylvania and because the parties have agreed to personal jurisdiction and venue in federal courts located in Philadelphia, Pennsylvania.

5. The parties have agreed that the law applicable to this matter is the law of the Commonwealth of Pennsylvania.

**OPERATIVE FACTS**

6. Global Spectrum has been an industry leading hospitality firm providing food service, arena and facilities management, and partnership opportunities for over 300 client properties.

7. At all times relevant hereto, Global Spectrum acted and was doing business under the name of Spectra Partnerships ("Spectra").

8. At all times relevant hereto, Paramount has been in the business of the manufacture and installation of advertising signage.

9. On or about February 1, 2019, Spectra and Paramount entered into a written Sponsorship Agreement. A true and correct copy of the Sponsorship Agreement is attached hereto as Exhibit "A."

10. The agreed term of the Sponsorship Agreement commenced on the Effective Date of March 1, 2019 and was to expire on February 29, 2022. Each twelve-month period commencing on the Effective Date was deemed to be a "Contract Year." *See* Exhibit "A" at ¶ 1.

11. During the term of the Sponsorship Agreement, Spectra agreed to provide Paramount with certain promotional rights and benefits, including the right to:

   a. refer to itself as the Official Signage Design and Signage Production Partner of Spectra;

   b. refer to itself as a Preferred Vendor of Spectra;

   c. be listed as an official partner on Spectra's website;

   d. inclusion in up to three social media posts each Contract Year;

   e. inclusion in up to two of Spectra's internal company e-newsetters each Contract Year;

   f. issuance of a press release at the beginning of the term of the Sponsorship Agreement;

   g. promotional exposure at a Spectra internal conference;

   h. good faith efforts to promote Paramount's services to Spectra-managed facilities.

*See* Exhibit "A" at Exhibit A.

12. As consideration for the Benefits to be provided by Spectra, Paramount was obligated to pay to Spectra a Sponsorship Fee for each Contract Year. The Sponsorship Fee in

each Contract Year was payable in two equal installments on or prior to November 1 and January 31 of each Contract Year.  *See* Exhibit "A" at ¶ 3.a.

13. In Contract Year 1, Paramount was obligated to pay a Sponsorship Fee to Spectra in the amount of $275,000.  *See* Exhibit "A" at ¶ 3.a.

14. Spectra complied with its obligations under the Sponsorship Agreement in all material respects.

15. Paramount failed to make the installment payments it was obligated to make to Spectra under the Sponsorship Agreement on November 1, 2019 and January 31, 2020.

16. Pursuant to ¶ 8.a. of the Sponsorship Agreement, Spectra notified Paramount that it breached the Sponsorship Agreement by failing to comply with its contractual payment obligations to Spectra.  Spectra has demanded payment from Paramount of the Sponsorship Fee for the Contract Year from March 1, 2019 through February 29, 2020.

17. Paramount, having received notice of the breach of the Sponsorship Agreement, has failed and refused to cure said breach and failed and refused to pay to Spectra the Sponsorship Fee for the Contract Year from March 1, 2019 through February 29, 2020.

18. On or about January 29, 2020, Paramount terminated the Sponsorship Agreement effective February 29, 2020.

**COUNT I**
**GLOBAL SPECTRUM. L.P.**
**v.**
**PARAMOUNT VISUALS COMPANY, Inc. d/b/a PARAMOUNT & CO.**
**BREACH OF CONTRACT**

19. Spectra incorporates by reference the averments set forth at paragraphs 1-18, inclusive.

20. Spectra and Paramount entered into a Sponsorship Agreement.

21. Spectra fulfilled its obligations under the Sponsorship Agreement in all material respects.

22. Paramount breached the Sponsorship Agreement by failing to pay Spectra the Sponsorship Fee to which Spectra was entitled.

23. Spectra is entitled to recover damages in the amount of $275,000 plus interest and costs from Paramount by reason of Paramount's breach of the Sponsorship Agreement.

WHEREFORE, Global Spectrum, L.P. demands judgment against Paramount Visuals Company, Inc. d/b/a Paramount & Co. in the amount $275,000 plus interests and costs.

**COUNT II**
**GLOBAL SPECTRUM. L.P.**
**v.**
**PARAMOUNT VISUALS COMPANY, Inc. d/b/a PARAMOUNT & CO.**
**INDEMNIFICATION**

24. Spectra incorporates by reference the averments set forth at paragraphs 1-23, inclusive.

25. The Sponsorship Agreement further provides that Paramount "shall defend, hold harmless and indemnify Spectra . . . against any and all claims, costs, expenses (including reasonable attorney's fees), damages and liabilities arising out a breach of [Paramount] of this Agreement . . . ." *See* Exhibit "A" at ¶ 9.a.

26. Spectra is entitled to indemnification by Paramount for the costs and expenses, including attorney's fees, for this breach of contract action which arises out of Paramount's breach of the Sponsorship Agreement.

WHEREFORE, Global Spectrum, L.P. demands judgment against Paramount Visuals Company, Inc. d/b/a Paramount & Co. in an amount in excess of $75,000.

                                      Respectfully submitted,

                                      STEVENS & LEE

                              By: <u>Geoffrey R. Johnson /s/</u>
                                    Geoffrey R. Johnson (PA ID #36685)
                                    1818 Market Street, 29th Floor
                                    Philadelphia, PA 19103
                                    (215) 751-2882
                                    grj@stevenslee.com
                                    Attorney for Plaintiff Global Spectrum, L.P.

Date:   August 11, 2020